IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN DEWAYNE GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-CV-221-WKW |
| | ) | [WO] |
| MADISON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, K. BROWNING, | ) | |
| LARRY MARCELLUS, JEFF | ) | |
| BURKE, and HUNTSVILLE | ) | |
| POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 4, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Northern District of Alabama.

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 28th day of May, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE